**UNITED STATES of America,**
**Plaintiff—Appellee,**

v.

**Goar ALIBALIAN, Defendant—**
**Appellant.**

**No. 08–50465.**

United States Court of Appeals,
Ninth Circuit.

Submitted April 5, 2010.*

Filed April 15, 2010.

Alexander A. Bustamante, Assistant U.S., Michael J. Raphael, Esquire, Assistant U.S., Office of the U.S. Attorney, Los Angeles, CA, for Plaintiff–Appellee.

Jeff Dominic Price, CJA Panel, Santa Monica, CA, for Defendant–Appellant.

Goar Alibalian, pro se.

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

Before: RYMER, McKEOWN, and PAEZ, Circuit Judges.

MEMORANDUM **

Goar Alibalian appeals from the 72–month sentence imposed following her guilty-plea conviction for health care fraud, in violation of 18 U.S.C. § 1347. We have jurisdiction pursuant to 28 U.S.C. § 1291, and we affirm.

Alibalian contends that the appeal waiver in her plea agreement does not preclude this appeal because her sentence violates the Ex Post Facto Clause, and is thus illegal. This contention lacks merit. *See United States v. Guzman–Bruno,* 27 F.3d 420, 422–23 (9th Cir.1994); *United States v. Morales,* 11 F.3d 915, 917–18 (9th Cir. 1993). We therefore enforce the valid appeal waiver. *See United States v. Cardenas,* 405 F.3d 1046, 1048 (9th Cir.2005); *see also United States v. Bibler,* 495 F.3d 621, 624 (9th Cir.2007).

**AFFIRMED.**

---

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.